IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JAMES MCPHERSON                                                                                   PLAINTIFF

V.                                       NO: 4:16CV00485 JM/PSH

USA *et al*                                                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff James McPherson, an Arkansas Department of Correction inmate, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, in December of 2015.[1] On July 8, 2016, the Court entered an order directing McPherson to pay the full $400.00 filing and administrative fees, or to file an application for leave to proceed *in forma pauperis*, within 30 days, and warning him that his failure to do so would result in the recommended dismissal of his complaint. More than 30 days have passed, and McPherson has not paid the filing and administrative fees, filed an application for leave

---

[1] McPherson is one of five plaintiffs named in the complaint. Pursuant to a July 6, 2016, order, the Clerk opened five individual cases, each with a single plaintiff.

to proceed *in forma pauperis*, or otherwise responded to the order. Under these circumstances, the Court concludes that McPherson's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff James McPherson's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE