**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

JAMES MCPHERSON                                                                                   PLAINTIFF

V.                                          NO: 4:16CV00485 JM

USA *et al*                                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 16th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE